UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6221-GW-AYPx | Date | April 6, 2026 |
|---|---|---|---|
| Title | *G & G Closed Circuit Events, LLC v. Kelly Melton, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

None Present                                                            None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On April 3, 2026, Plaintiff G & G Closed Circuit Events, LLC filed a Notice of Settlement [52]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed by April 27, 2026. The Court sets an order to show re: settlement hearing for May 7, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on April 28, 2026.

                                                                                                              :

                                                            Initials of Preparer    JG