JS-6

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**G & G Closed Circuit Events, LLC**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **G & G Closed Circuit Events, LLC,** | **CASE NO. CV 24-6221-GW-AYPx** |
| **Plaintiff,** | **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JAIME ANTHONY DUFAUCHARD AND DUFAUCHARD CONSULTING, INC** |
| **vs.** | |
| **Kelly Melton, et al,** | |
| **Defendants.** | |

　　**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC and Defendants Jaime Anthony Dufauchard and Dufauchard Consulting, Inc., that the above-entitled action is hereby dismissed *with prejudice* against Jaime Anthony Dufauchard, individually and d/b/a The New Townhouse LA, and Dufauchard Consulting, Inc, an unknown business entity d/b/a The New Townhouse LA, *and the action itself, in its entirety.*

[Proposed] ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:24-cv-06221-GW-AYP
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: April 22, 2026

**HON. GEORGE H. WU,**
**United States District Judge**

**[Proposed] ORDER GRANTING**
**STIPULATION OF DISMISSAL**
**Case No. 2:24-cv-06221-GW-AYP**
**PAGE 2**